IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RANDY WASHINGTON,**
**LINDA PRICE, DAVISHA SILAS,**
**DAVID HERNANDEZ, and SEQUORIA**
**GRADY, each individually and on**
**behalf of all others similarly situated**                                     **PLAINTIFFS**

v.                            Case No.  2:22-cv-00101 KGB

**FAMILY DOLLAR STORES, INC.,** *et al.*                                     **DEFENDANTS**

## ORDER

Before the Court is a joint motion to stay litigation and to compel arbitration filed by plaintiffs Randy Washington, Linda Price, Davisha Silas, David Hernandez,[1] and Sequoria Grady ("Plaintiffs"), each individually and on behalf of all others similarly situated, and defendants Family Dollar Stores, Inc., Dollar Tree, Inc., Family Dollar Services, LLC, and Family Dollar Stores of Arkansas, LLC (collectively, "Family Dollar") (Dkt. No. 2).  The parties request that this Court stay this matter, order that pursuant to an arbitration agreement that Plaintiffs have waived all rights to any claims, and compel that all of Plaintiffs' claims in this action be submitted to individual arbitrations (*Id.*, at 2).

The Court grants in part the joint motion to stay litigation and to compel arbitration (Dkt. No. 2).  The Court stays the litigation and holds under advisement the request to compel arbitration.  The Court directs the Clerk not to term the present motion.

---

[1] Separate plaintiff David Hernandez was incorrectly named as David Martinez in the complaint for this matter (Dkt. No. 1).  The Court directs the Clerk to update the docket to reflect Mr. Hernandez's correct surname.

It is so ordered this 29th day of June, 2022.

_____
Kristine G. Baker
United States District Judge