IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

RANDY WASHINGTON,
LINDA PRICE, DAVISHA SILAS,
DAVID HERNANDEZ, and SEQUORIA
GRADY, each individually and on
behalf of all others similarly situated                                          PLAINTIFFS

v.                                   Case No.  2:22-cv-00101 KGB

FAMILY DOLLAR STORES, INC., *et al.*                                              DEFENDANTS

## ORDER

Before the Court is a joint stipulation of dismissal with prejudice filed by plaintiffs Randy Washington, Linda Price, Davisha Silas, David Hernandez, and Sequoria Grady, each individually and on behalf of all others similarly situated, and defendants Family Dollar Stores, Inc., Dollar Tree, Inc., Family Dollar Services, LLC, and Family Dollar Stores of Arkansas, LLC (collectively, "Family Dollar") (Dkt. No. 8).  The parties state that plaintiffs no longer wish to pursue their claims within this Court's jurisdiction that were pending prior to this matter being stayed on June 29, 2022, in favor of arbitration (*Id.*, ¶¶ 2–3).  The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  For good cause shown, the Court adopts the joint stipulation of dismissal with prejudice and dismisses all matters before the Court and within the Court's jurisdiction with prejudice (Dkt. No. 8).  The Court denies as moot all pending motions (Dkt. Nos. 2, 3).

It is so ordered this 7th day of December, 2022.

Kristine G. Baker
United States District Judge